UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROFESSIONAL RISK SOLUTIONS, LLC,
a New Jersey Limited Liability Company,

    Plaintiff,

    v.                                        **Case #8:10-cv-2571-T-30MAP**

JUAN BORDA, an individual, CRUMP
GROUP, INC., a Delaware Corporation, and
CRUMP INSURANCE SERVICES, INC.,
a Texas Corporation,

    Defendants.
_____/

**AGREED ORDER ISSUING PRELIMINARY INJUNCTION
TO PRESERVE STATUS QUO**

THIS CAUSE having come before the Court on Plaintiff, PROFESSIONAL RISK SOLUTIONS, LLC's ("Plaintiff") Verified Emergency Motion for Entry of Preliminary and Mandatory Injunction and to Preserve Status Quo (the "Motion" -- Dkt. #7) and the parties' having reached an agreement on the terms of this agreed order, it is

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Verified Emergency Motion for Entry of Preliminary and Mandatory Injunction and to Preserve Status Quo (Dkt. #7) is GRANTED.

2.    Defendants and their officers, agents, employees and all those persons acting in concert with Defendants who receive actual notice of this Preliminary Injunction, are

preliminarily enjoined from exchanging or using Plaintiff's "proprietary and confidential business information" which, for purposes of this Order, is defined as information developed and maintained by Plaintiff as confidential and which is not generally known to the public or in the insurance industry, including information regarding: Plaintiff's client contacts, client lists, the insurance and business needs of existing clients of Plaintiff, policy information for existing clients of Plaintiff, Plaintiff's business model, pricing plans, policy forms, agreements, marketing techniques, agent/broker lists, portfolio analyses, and Plaintiff's business, training and marketing plans (collectively, the "Proprietary and Confidential Information"). For purposes of this Order, the term "client" or "clients" is defined as retail agents, brokers and insureds.

      3.    The Court further preliminarily enjoins Defendant, JUAN BORDA from: (a) actively soliciting employees of Plaintiff to leave Plaintiff's employment; (b) interfering with Plaintiff's employment relationships with its employees; (c) hiring any employee of Plaintiff; and (d) soliciting clients of Plaintiff for the purpose of diverting business placed by Defendant, JUAN BORDA, during his employment with Plaintiff.

      4.    The Court further preliminarily enjoins Defendants, CRUMP GROUP, INC. and CRUMP INSURANCE SERVICES, INC. from aiding or acting in concert with Defendant, JUAN BORDA, to: (a) actively soliciting employees of Plaintiff to leave Plaintiff's employment; and (b) soliciting clients of Plaintiff for the purpose of diverting business placed by Defendant, JUAN BORDA, during his employment with Plaintiff.

5. The Preliminary Injunction is conditioned and shall become effective upon Plaintiff posting and filing a bond in the amount of $250,000 with the Clerk of the Court.

6. This Preliminary Injunction is issued without prejudice to Plaintiff's and Defendants' right to assert their applicable claims and defenses in this action and is only effectual until such time as the Court or a jury issue an ultimate dispositive finding on the merits of Plaintiff's Complaint or the parties agree to a negotiated and stipulated resolution.

7. Defendants shall return all Proprietary and Confidential Information, if any, in their possession to Plaintiff within 15 days of the effective date of this order and shall file an affidavit with the Court within 20 days of the effective date of this order stating specifically what actions Defendants took to assure the return of all Proprietary and Confidential Information, if any, to the Plaintiff in compliance with this order.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-2571.preliminary injunction.wpd