UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PROFESSIONAL RISK SOLUTIONS, INC.,**

    Plaintiff,

v.                                Case No.  8:10-cv-2571-T-30MAP

**JUAN BORDA, et al.,**

    Defendants.
_____/

## ORDER DISSOLVING INJUNCTION AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on Plaintiff, PROFESSIONAL RISK SOLUTIONS, LLC ("Plaintiff") and Defendants, JUAN BORDA, CRUMP GROUP, INC. and CRUMP INSURANCE SERVICES, INC. ("Defendants")'s Joint Stipulation and Agreed Motion for Dissolution of Injunction and Dismissal with Prejudice (Dkt. 34)(the "Motion") and the Court being advised of the parties agreement thereto, it is

ORDERED AND ADJUDGED as follows:

    1.    The Motion (Dkt. 34) is GRANTED.

    2.    The Agreed Order Issuing Preliminary Injunction (the "Agreed Order") (Dkt. 17) is hereby dissolved and is no longer in force or of any effect.

    3.    The injunction bond provided by the Plaintiff pursuant to the Agreed Order is discharged.

4.      The Clerk of the Court is directed to return the injunction bond to Plaintiff's counsel, Ralf R. Rodriguez, Esquire at Peckar & Abramson, P.C., 1 S.E. 3rd Ave., Suite 3100, Miami, Florida 33131.

5.      The case is dismissed with prejudice.

6.      The Court will retain jurisdiction over this matter for a period of forty-five (45) days, solely for purposes of enforcing the parties' settlement agreement, if necessary.

7.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-2571.dismissal and dissolution of injunction.frm